**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LOUIS MARIO CRUZ,

                    Plaintiff,       24-CV-6546 (AT) (OTW)

    -against-       **ORDER**

COMMISIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 8.

Plaintiff's motion for an extension of time is **GRANTED**. Plaintiff is directed to file their motion for judgment on the pleadings by **Friday, January 17, 2025.**

The parties are directed to meet and confer regarding whether they wish to consent to my jurisdiction over this case pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b)(1). If the parties wish to consent, they must fill out and file on the docket the form found at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

**SO ORDERED.**

                                              _s/ Ona T. Wang_

Dated: November 22, 2024                         **Ona T. Wang**
       New York, New York                     United States Magistrate Judge